# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

ZAFER A. AKIN  
ROBERT D. SALAMAN  
─────────────────

JUSTIN A. AMES  
OLENA TATURA  
─────────────────

**MEMO ENDORSED**

September 15, 2021

**Via ECF & Fax**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Fax: (914) 390-4179

Honorable Andrew E. Krause
United States District Court
Southern District of New York

Re:   *Keith Smith v. Ferro Plumbing & Heating Inc., et al.*
Case No. 20-CV-6485 (NSR) (AEK)
**Joint Letter Motion to Adjourn Case Management Conference**

Dear Judge Roman:

We represent the Plaintiff in this matter. We write on behalf of all parties to respectfully request an adjournment of the Case Management Conference scheduled for Friday, September 24, 2021 at 10:30 a.m.

This is the parties' first request for an adjournment. On September 14, 2021, the parties participated in a Settlement Conference before Judge Krause, and while a settlement was not reached, counsel are encouraged by the progress that was made. Accordingly, the Parties jointly request additional time to continue their settlement discussions. Further, both parties are in the process of responding to outstanding post-deposition discovery. The adjournment will allow the parties to complete all discovery prior to the conference.

The parties' are available for the Conference on October 28, October 29 or November 4, or at a separate date and time convenient for the Court. We thank the Court for its time and attention to this matter.

Very truly yours,

**Akin Law Group PLLC**

*/s/ Robert D. Salaman*
─────────────────
Robert D. Salaman

cc: Scott J. Steiner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021

---

Due to ongoing settlement discussions, the parties' request to adjourn the Status Conf. from Sept. 24, 2021 until Nov. 17, 2021 at 3:45 pm is GRANTED. The conf. will be held by AT&T Teleconference. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**. Clerk of Court requested to terminate the motion (doc. 23).
Dated: Sept. 16, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE