**MEMO ENDORSED**

# AKIN LAW GROUP PLLC
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400    Fax. (212) 825-1440

ZAFER A. AKIN
ROBERT D. SALAMAN
─────────────────

JUSTIN A. AMES
OLENA TATURA
──────────────

November 12, 2021

**Via ECF & Fax**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Fax: (914) 390-4179

Honorable Andrew E. Krause
United States District Court
Southern District of New York

> The Parties' request to adjourn the telephonic Case Mgmt.Conf. from Nov. 17, 2021 until Dec. 14, 2021 at 2:00 pm is GRANTED. Counsel are directed to this Court's Order (ECF No. 24) for dial-in instructions. Clerk of Court requested to terminate the motion (ECF No. 27).
> Dated: Nov. 15, 2021
>
> SO ORDERED:
> _____
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:   *Keith Smith v. Ferro Plumbing & Heating Inc., et al.*
      Case No. 20-CV-6485 (NSR) (AEK)
      **Joint Letter Motion to Adjourn Case Management Conference**

Dear Judge Roman:

We represent the Plaintiff in this matter. We write on behalf of all parties to respectfully request an adjournment of the Case Management Conference scheduled for Wednesday, November 17, 2021 at 3:45 p.m.

This is the parties' second request for an adjournment. The parties are engaged in settlement discussions and while a settlement has not been reached yet, counsel are encouraged by the progress that has been made. Additionally, the parties have a Settlement Conference scheduled before Judge Krause on December 10, 2021. Accordingly, the Parties jointly request additional time to continue their settlement discussions.

The parties' are available for the Conference on December 14, 15 or 16, or at a separate date and time convenient for the Court. We thank the Court for its time and attention to this matter.

Very truly yours,

**Akin Law Group PLLC**

*/s/ Robert D. Salaman*
_____
Robert D. Salaman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2021

cc: Scott J. Steiner