UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SMITH,

                Plaintiff(s),                              **ORDER**

    - against -                                    20 Civ. 6485 (NSR)

FERRO PLUMBING & HEATING INC., et al.,

                Defendant(s).

---------------------------------------------------------------X

Nelson S. Román, U.S.D.J.:

        The Court having been advised by letter, dated December 8, 2021, from Plaintiff's counsel Robert Salaman, that a verbal settlement in principle has been reached, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

        The Court adjourns *sine die* the December 14, 2021 teleconference.   The Clerk of Court is respectfully requested to terminate the motion (doc. 30).

Dated:      White Plains, New York                      SO ORDERED.
             December 8, 2021

                                                    Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2021