**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

KEITH SMITH,                                           Case No. 20-CV-6485 (NSR) (AEK)

                       Plaintiff,          **PROPOSED JUDGMENT**
                                      **PURSUANT TO F.R.C.P.**
                                      **<u>RULE 68</u>**

        -against-

FERRO PLUMBING & HEATING INC.,
FERRO PLUMBING & MECHANICAL
INC, YONKERS FINEST REPAIRS, INC.,
MICHAEL FERRO SR. and
MICHAEL FERRO JR.,

                        Defendants.
------------------------------------------------------X

      **WHEREAS**, on January 14, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Ferro Plumbing & Heating Inc., Ferro Plumbing & Mechanical Inc., Yonkers Finest Repairs, Inc., Michael Ferro Sr. and Michael Ferro Jr. ("collectively, "Defendants") extended to Plaintiff Keith Smith, an offer of judgment against them, in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of all costs and fees, including all attorneys' fees;

      **WHEREAS**, on January 17, 2022, Plaintiff accepted Defendants' Offer of Judgment;

      IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against Defendants in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00).

Dated: White Plains, New York
              _____, 2022

                                  _____
                                  Hon. Nelson S. Roman, U.S.D.J.