UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KEITH SMITH,    Case No. 20-CV-6485 (NSR) (AEK)

               Plaintiff,    ~~PROPOSED~~ JUDGMENT
    PURSUANT TO F.R.C.P.
    **RULE 68**

-against-

FERRO PLUMBING & HEATING INC.,
FERRO PLUMBING & MECHANICAL
INC, YONKERS FINEST REPAIRS, INC.,
MICHAEL FERRO SR. and
MICHAEL FERRO JR.,

               Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2022

    **WHEREAS**, on January 14, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Ferro Plumbing & Heating Inc., Ferro Plumbing & Mechanical Inc., Yonkers Finest Repairs, Inc., Michael Ferro Sr. and Michael Ferro Jr. ("collectively, "Defendants") extended to Plaintiff Keith Smith, an offer of judgment against them, in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of all costs and fees, including all attorneys' fees;

    **WHEREAS**, on January 17, 2022, Plaintiff accepted Defendants' Offer of Judgment;

    IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against Defendants in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00).

Dated: White Plains, New York
        January 21, 2022

                                                                 _____
                                                                 Hon. Nelson S. Roman, U.S.D.J.